UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS WILDER,<br><br>    *Plaintiff,*<br><br>-vs-<br><br>CREDIT ONE BANK, N.A.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>And TRANS UNION, LLC,<br><br>    *Defendants.* | Civil Action No.: 1:25-cv-06264<br><br>**NOTICE OF MOTION TO FILE<br>A THIRD-PARTY COMPLAINT** |

To: Kevin C. Mallon
   Mallon Consumer Law Group, PLLC
   238 Merritt Drive
   Oradell, NJ. 07649

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned attorneys for Defendant Credit one Bank, N.A., shall move this United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 for an Order granting leave to file a Third-Party Complaint, pursuant to Federal Rule of Civil Procedure 14(a)(1). In support of the within application, Defendant will rely upon the attached Declaration of Kim Maragos and Declaration of Cindy D. Salvo, Esq., and its exhibit.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless opposition is timely filed.

**PLEASE TAKE FURTHER NOTICE** that proposed form of Order is attached hereto.

Dated:  February 13, 2026

1

2

          THE SALVO LAW FIRM, P.C.

          By: /s/ Cindy D. Salvo
              Cindy D. Salvo

          185 Fairfield Ave, Suite 3C/3D
          West Caldwell, New Jersey 07006
          (973) 226-2220
          (973) 900-8800 (fax)
          csalvo@salvolawfirm.com

          Attorneys for Defendant,
          Credit one Bank, N.A.