UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS WILDER,<br><br>　　　　　　　*Plaintiff,*<br>-vs-<br><br>CREDIT ONE BANK, N.A.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>And TRANS UNION, LLC,<br><br>　　　　　　　*Defendants.* | Civil Action No.: 1:25-cv-06264<br><br><br>**ORDER** |

This matter having been opened to the Court on the Motion of Defendant Credit One Bank, N.A., for an Order granting leave to file a Third-Party Complaint, and the Court having considered the Motion, and upon all pleadings and prior proceedings had herein, and for good cause shown:

**IT IS**, on this \_\_\_\_ day of _____, 2026,

**ORDERED** that that Defendant Credit One Bank, N.A.'s Motion for leave to file a Third-Party Complaint is hereby **GRANTED**; and it is further

**ORDERED** that the Defendant Credit One Bank, N.A. shall file its Third-Party Complaint within \_\_\_ days of the entry of this Order; and it is further;

**ORDERED** that a copy of this Order shall be served upon all counsel of record within \_\_\_\_ days of the date received.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon.

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed

1