## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITUS WILDER,<br><br>     *Plaintiff,*<br><br>-vs-<br><br>CREDIT ONE BANK, N.A.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>And TRANS UNION, LLC,<br><br>     *Defendants.* | Civil Action No.: 1:25-cv-06264<br><br><br><br>__CERTIFICATE OF SERVICE__ |

   I, Cindy D. Salvo, an attorney admitted to practice in the United States District Court for the Southern District of New York, and partner with The Salvo Law Firm, P.C., hereby certifies under penalty of perjury that on February 13, 2026, I filed the within Motion for leave to file a Third-Party Complaint, via CM/ECF, which sent notification of such filing to all counsel of record.

   I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026

           /s/ Cindy D. Salvo_____
           CINDY D. SALVO