

February 26, 2026

The application is granted and the settlement conference scheduled for March 5, 2026 is adjourned sine die.
The parties are ordered to file a letter on the docket within 48 hours of agreement on a rescheduled date for Plaintiff's deposition.
The Clerk of Court is respectfully requested to terminate ECF 58.

**VIA ECF**
Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: February 27, 2026
    New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Re:**    **Wilder v. Credit One Bank, N.A., et al.**
          **Case No.: 1:25-cv-06264**

Dear Judge Tarnofsky:

This firm represents Defendant Credit One Bank, N.A. ("Credit One") in the above-referenced matter. Credit One respectfully requests an adjournment of the Settlement Conference currently scheduled for March 5, 2026.

Defendant believes it is necessary to complete Plaintiff's deposition prior to participating in a Settlement Conference, as Defendant believes there are numerous contested issues of fact. Plaintiff's deposition had been tentatively scheduled for March 2, 2026; however, Plaintiff's counsel has advised that Plaintiff is presently hospitalized and the deposition must therefore be rescheduled. At this time, a new deposition date cannot be secured pending Plaintiff's release from the hospital.

Under these circumstances, Defendant respectfully requests that the March 5, 2026 Settlement Conference be adjourned without date. Plaintiff's counsel has indicated that he does not oppose an adjournment request.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Cindy D. Salvo
CINDY D. SALVO

cc: Kevin Mallon, Esq. (via E-Courts)

185 Fairfield Avenue, Suite 3C/3D West Caldwell, New Jersey 07006
T: 973-226-2220 • F: 973-900-8800 • www.salvolawfirm.com