

April 9, 2026

**<u>VIA ECF</u>**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  **Wilder v. Credit One Bank, N.A.**
> <u>**Case No.: 1:25-cv-06264**          </u>

Dear Judge Furman:

We represent Defendant Credit One Bank, N.A. in the above-referenced matter. We write pursuant to Your Honor's Individual Rules to request leave to file a motion to compel Plaintiff's deposition and for a limited extension of the discovery deadline, currently set for May 11, 2026.

Defendant has made repeated, diligent, good-faith efforts since February 2026 to schedule Plaintiff's deposition. As reflected in the correspondence attached as **Exhibit A**, Defendant began requesting Plaintiff's availability on or about February 13, 2026. Plaintiff's counsel, Kevin Mallon, Esq., initially indicated that he was attempting to obtain Plaintiff's availability, and later suggested a potential deposition date of March 5, 2026, which was never confirmed. Mr. Mallon represented that it had been difficult to communicate with Plaintiff due to Plaintiff's being in the hospital. Plaintiff's counsel subsequently proposed April 14, 2026, contingent upon Plaintiff's availability, but that date likewise was never confirmed.

Since that time, Defendant has sent multiple follow-up communications—including emails dated March 20, March 24, March 25, and March 31—seeking confirmation of a deposition date and offering additional dates in April and May. Despite these repeated efforts, Plaintiff has not provided any confirmed availability or any estimate as to when he will be available for deposition. As a result, Defendant has been unable to depose Plaintiff, and the discovery end date is rapidly approaching.

Plaintiff's deposition is central to Defendant's ability to prepare its defense. Without Plaintiff's testimony, Defendant will be substantially prejudiced.

Defendant, therefore, respectfully requests: (1) leave to file a motion to compel Plaintiff's deposition; and (2) a limited extension of the discovery deadline for the sole purpose of completing Plaintiff's deposition.

If Plaintiff remains unavailable to appear for deposition, Defendant respectfully requests that Plaintiff be required to provide information regarding his anticipated availability.

We thank the Court for its attention to this matter.

Respectfully submitted,

CDS:cg

/s/ Cindy D. Salvo
CINDY D. SALVO

Application GRANTED in part as unopposed and DENIED in part.  Counsel shall confer by telephone no later than TOMORROW, April 17, 2026, to schedule Plaintiff's deposition to take place no later than April 24, 2026.  If Plaintiff fails to comply with the foregoing, sanctions - up to and including dismissal of the action for failure to prosecute - will be imposed.  The request to extend the discovery deadline is denied without prejudice to renewal since, if Plaintiff is deposed by April 24, 2026, there is no apparent reason that the parties could not complete discovery by the May 11, 2026 deadline.

The Clerk of Court is directed to terminate ECF No. 74.

SO ORDERED.

April 16, 2026

# **<u>EXHIBIT A</u>**

 **Outlook**

---

## Re: Deposition date for Titus Wilder

**From** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Date** Fri 2/20/2026 12:12 PM

**To** Cindy Salvo <csalvo@salvolawfirm.com>

**Cc** Christine Gadalla <cgadalla@salvolawfirm.com>

Cindy,

My apologies, I will try to get back to you by Monday at the latest.

Kevin

On Fri, Feb 20, 2026 at 12:11 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:

> Kevin,  I never heard from you regarding a date for Plaintiff's deposition.
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006
> 973-226-2220
>
> With Offices in New Jersey and New York
> www.salvolawfirm.com
>
> ---
>
> **From:** Kevin Mallon <kmallon@consumerprotectionfirm.com>
> **Sent:** Friday, February 13, 2026 3:38 PM
> **To:** Cindy Salvo <csalvo@salvolawfirm.com>
> **Cc:** Christine Gadalla <cgadalla@salvolawfirm.com>
> **Subject:** Re: Deposition date for Titus Wilder
>
> Without holding you to it how long do you think you'll need to depose Plaintiff?  I think I can get Credit One done in around 2 hours.
>
> Kevin
>
> On Fri, Feb 13, 2026 at 3:36 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:
>> Yes, I could make March 2 work in the afternoon.
>>
>> Cindy D. Salvo, Esq.
>> THE SALVO LAW FIRM, PC
>> 185 Fairfield Avenue, Suite 3C/3D

 **Outlook**

## Re: Wilder v. Credit One Bank

**From** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Date** Mon 2/23/2026 7:48 PM

**To** Cindy Salvo <csalvo@salvolawfirm.com>; Brian Bromberg <brian.bromberg@gmail.com>

**Cc** Christine Gadalla <cgadalla@salvolawfirm.com>

Cindy,

Yes, we plan on moving forward with Credit One's deposition Wednesday at 11 am EST.

I am hopeful we can produce Plaintiff on March 5th but am still waiting for confirmation from him.  I will get back to you tomorrow.

Kevin Mallon

On Mon, Feb 23, 2026 at 5:10 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:

> Kevin,  I have attached more documents that Credit One Bank wishes to produce in the Wilder matter. See CREDITONE 000054-000177.
>
> Are we still on for Wednesday's deposition starting at 11 am Eastern time?
>
> I am still waiting for a date for Plaintiff's deposition.
>
> Cindy
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006
> 973-226-2220
>
> With Offices in New Jersey and New York
> www.salvolawfirm.com

--

**Kevin Mallon, Esq**
**p: (917) 734-6815**

 **Outlook**

## Re: Wilder v. Credit One Bank

**From** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Date** Wed 3/4/2026 4:02 PM

**To** Cindy Salvo <csalvo@salvolawfirm.com>

Plaintiff consents to your 60 day request.  How about April 14th for the Plaintiff's deposition? Hopefully he will be out of the hospital by then.

Kevin Mallon

On Wed, Mar 4, 2026 at 2:04 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:
> Thank you.
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006
> 973-226-2220
>
> With Offices in New Jersey and New York
> www.salvolawfirm.com
>
> ---
>
> **From:** Kevin Mallon <kmallon@consumerprotectionfirm.com>
> **Sent:** Wednesday, March 4, 2026 2:00 PM
> **To:** Cindy Salvo <csalvo@salvolawfirm.com>
> **Subject:** Re: Wilder v. Credit One Bank
>
> Cindy,
>
> Let me discuss with my co-cousnel and get back to you today.  I will also do my best to get you a deposition date today.
>
> Kevin
>
> On Wed, Mar 4, 2026 at 1:57 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:
>> Kevin,  I am writing to the court to seek a 60 day extension of the March 12th fact discovery end date mentioned in the scheduling order. This is necessary because I have still not gotten a date for Plaintiff's deposition and we are still briefing Defendant's motion to add a third-party defendant. Do you consent?
>>
>> Cindy D. Salvo, Esq.

 Outlook

---

**Plaintiff's deposition**

---

**From**  Cindy Salvo <csalvo@salvolawfirm.com>

**Date**  Fri 3/20/2026 9:22 PM

**To**  Kevin Mallon <kmallon@consumerprotectionfirm.com>

I have not heard back from you. I need to know if April 14 is confirmed for Plaintiff's deposition as I am trying to schedule other things.

Cindy D. Salvo, Esq.
THE SALVO LAW FIRM, PC
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey. 07006
973-226-2220

With Offices in New Jersey and New York
www.salvolawfirm.com

 **Outlook**

## Re: Wilder v. Credit One Bank

**From** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Date** Wed 3/25/2026 5:59 AM

**To** Cindy Salvo <csalvo@salvolawfirm.com>

**Cc** Brian Bromberg <brian.bromberg@gmail.com>; Christine Gadalla <cgadalla@salvolawfirm.com>

Cindy,

I apologize but communication with my client has been very difficult since he's been in the hospital, so please bear with me.  I will reach out again.  In case he is not available do you have other dates in April that would work for you?

Kevin

On Tue, Mar 24, 2026 at 2:04 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:
> This is the third e-mail I am sending asking if you can confirm April 14, 2026 at 10:30 am as Plaintiff's deposition date. As I stated in my last e-mail, I have many other things I need to schedule in other matters so I need to know if that date is confirmed or not. Please respond. Thank you.
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006
> 973-226-2220
>
> With Offices in New Jersey and New York
> www.salvolawfirm.com

--

**Kevin Mallon, Esq**
**p: (917) 734-6815**

 Outlook

**Wilder v. Credit One Bank**

**From** Cindy Salvo <csalvo@salvolawfirm.com>

**Date** Tue 3/24/2026 2:04 PM

**To**   Kevin Mallon <kmallon@consumerprotectionfirm.com>; Brian Bromberg <brian.bromberg@gmail.com>

**Cc**   Christine Gadalla <cgadalla@salvolawfirm.com>

This is the third e-mail I am sending asking if you can confirm April 14, 2026 at 10:30 am as Plaintiff's deposition date. As I stated in my last e-mail, I have many other things I need to schedule in other matters so I need to know if that date is confirmed or not. Please respond. Thank you.

Cindy D. Salvo, Esq.
THE SALVO LAW FIRM, PC
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey. 07006
973-226-2220

With Offices in New Jersey and New York
www.salvolawfirm.com

 Outlook

---

## Re: Wilder v. Credit One Bank

---

**From** Cindy Salvo <csalvo@salvolawfirm.com>

**Date** Wed 3/25/2026 10:51 AM

**To** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Cc** Brian Bromberg <brian.bromberg@gmail.com>; Christine Gadalla <cgadalla@salvolawfirm.com>


Unless you can confirm April 14 for me rather quickly, I think we need to pick another date. I can offer April 23, May 4, 6 or 7.

Cindy D. Salvo, Esq.

THE SALVO LAW FIRM, PC

185 Fairfield Avenue, Suite 3C/3D

West Caldwell, New Jersey. 07006

973-226-2220

With Offices in New Jersey and New York

www.salvolawfirm.com

---

**From:** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Sent:** Wednesday, March 25, 2026 5:58 AM

**To:** Cindy Salvo <csalvo@salvolawfirm.com>

**Cc:** Brian Bromberg <brian.bromberg@gmail.com>; Christine Gadalla <cgadalla@salvolawfirm.com>

**Subject:** Re: Wilder v. Credit One Bank

Cindy,

I apologize but communication with my client has been very difficult since he's been in the hospital, so please bear with me. I will reach out again. In case he is not available do you have other dates in April that would work for you?

Kevin

On Tue, Mar 24, 2026 at 2:04 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:

> This is the third e-mail I am sending asking if you can confirm April 14, 2026 at 10:30 am as Plaintiff's deposition date. As I stated in my last e-mail, I have many other things I need to schedule in other matters so I need to know if that date is confirmed or not. Please respond. Thank you.
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006

973-226-2220

With Offices in New Jersey and New York
www.salvolawfirm.com

\--

**Kevin Mallon, Esq**
**p: (917) 734-6815**

 **Outlook**

---

## Fw: Wilder v. Credit One Bank

---

**From** Cindy Salvo <csalvo@salvolawfirm.com>

**Date** Tue 3/31/2026 1:15 PM

**To**     Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Cc**     Brian Bromberg <brian.bromberg@gmail.com>


Please respond to my e-mail below. Thank you.

Cindy D. Salvo, Esq.

THE SALVO LAW FIRM, PC

185 Fairfield Avenue, Suite 3C/3D

West Caldwell, New Jersey. 07006

973-226-2220

With Offices in New Jersey and New York

www.salvolawfirm.com

---

**From:** Cindy Salvo <csalvo@salvolawfirm.com>

**Sent:** Wednesday, March 25, 2026 10:51 AM

**To:** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Cc:** Brian Bromberg <brian.bromberg@gmail.com>; Christine Gadalla <cgadalla@salvolawfirm.com>

**Subject:** Re: Wilder v. Credit One Bank

Unless you can confirm April 14 for me rather quickly, I think we need to pick another date. I can offer April 23, May 4, 6 or 7.

Cindy D. Salvo, Esq.

THE SALVO LAW FIRM, PC

185 Fairfield Avenue, Suite 3C/3D

West Caldwell, New Jersey. 07006

973-226-2220

With Offices in New Jersey and New York

www.salvolawfirm.com

---

**From:** Kevin Mallon <kmallon@consumerprotectionfirm.com>

**Sent:** Wednesday, March 25, 2026 5:58 AM

**To:** Cindy Salvo <csalvo@salvolawfirm.com>

**Cc:** Brian Bromberg <brian.bromberg@gmail.com>; Christine Gadalla <cgadalla@salvolawfirm.com>
**Subject:** Re: Wilder v. Credit One Bank

Cindy,

I apologize but communication with my client has been very difficult since he's been in the hospital, so please bear with me.  I will reach out again.  In case he is not available do you have other dates in April that would work for you?

Kevin

On Tue, Mar 24, 2026 at 2:04 PM Cindy Salvo <csalvo@salvolawfirm.com> wrote:
> This is the third e-mail I am sending asking if you can confirm April 14, 2026 at 10:30 am as Plaintiff's deposition date. As I stated in my last e-mail, I have many other things I need to schedule in other matters so I need to know if that date is confirmed or not. Please respond. Thank you.
>
> Cindy D. Salvo, Esq.
> THE SALVO LAW FIRM, PC
> 185 Fairfield Avenue, Suite 3C/3D
> West Caldwell, New Jersey. 07006
> 973-226-2220
>
> With Offices in New Jersey and New York
> www.salvolawfirm.com

--

**Kevin Mallon, Esq**
**p: (917) 734-6815**