UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Titus Wilder,<br><br>                    Plaintiff,<br><br>          -against-<br>Credit One Bank, N.A.,<br><br>                    Defendant. | |

25CV06264 (JMF) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A second settlement conference is scheduled for **Tuesday, June 9, 2026 at 3:00 PM** to be held by video conference. The Courtroom Deputy will send the conference details to counsel.

It is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at **Broome County Sheriff's Correctional Facility**, produce **Titus Wilder** on **June 9, 2026 at 3:30 PM**, to a suitable location within the Correctional Facility that is equipped with a computer (with camera and/or microphone available) or telephone to call-in.

The Meeting ID is: **165 433 3839** on ZoomGov. The settlement conference is with the Court, counsel for Plaintiff, and counsel for Defendants.

If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Plaintiff counsel must: (1) send this Order to the Warden immediately; (2) contact the Broome County Sheriff's Correctional Facility to set up the appropriate arrangements, and (3) provide the passcode to the ZoomGov conference.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  May 29, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge