# MALLON CONSUMER LAW GROUP, PLLC

ATTORNEYS AT LAW
550 Kinderkamack Road, Suite 117
Oradell, NJ. 07649
(646) 713-6008
kmallon@consumerprotectionfirm.com

June 15, 2026

**VIA ECF**
Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**Re:**    *Wilder v. Credit One Bank, N.A., et al.*, No. 25-cv-06264-JMF

Dear Judge Furman:

We represent Plaintiff Titus Wilder and write respectfully to request an adjournment of the Pre-Trial Conference scheduled for June 17, 2026, at 3:30 p.m.  This is the first request for an adjournment of that conference. The request is made because lead counsel for Plaintiff has an all day evidentiary arbitration scheduled for June 17, 2026.  Defendant Credit One Bank, N.A. consents to the request.  There are not further dates or deadlines scheduled in this matter, and the request will not impact any other deadlines in the case.

.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
550 Kinderkamack Road, Suite 117
Oradell, NJ 07649
(917) 734-6815
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff Titus Wilder*

Application GRANTED. The pretrial conference is hereby ADJOURNED to **June 29, 2026 at 3:00 p.m.**

The Clerk of Court is directed to terminate ECF No. 91.

SO ORDERED.

June 16, 2026