UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

TITUS WILDER,                                  :

                      Plaintiff,         :

                                  :           25-CV-6264 (JMF)

         -v-                   :

                                  :              ORDER

CREDIT ONE BANK, N.A. et al.,         :

                                :

                    Defendants.     :

                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today:

- The expert discovery deadline is hereby EXTENDED to **August 28, 2026.** Further extensions are unlikely to be granted.

- Any motion for summary judgment shall be filed no later than **September 29, 2026**. The opposition shall be filed no later than **October 12, 2026.** Any reply shall be filed no later than **October 19, 2026.**

      SO ORDERED.

Dated: June 29, 2026
      New York, New York                        _____
                                          JESSE M. FURMAN
                                  United States District Judge